UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:15-cr-240-17TBM

NICHOLAS OPPEDISANO

### FORFEITURE MONEY JUDGMENT

Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the United States moves for entry of a forfeiture money judgment against defendant Oppedisano in the amount of $81,498.40, representing the proceeds he obtained as the result of the theft of government funds as charged in count one of the Information.

The defendant pleaded guilty to theft of government funds, in violation of 18 U.S.C. § 641, as charged in Count One of the Indictment, and the Court accepted his plea and adjudged him guilty. Being fully advised of the relevant facts, the Court hereby finds that the defendant obtained $81,498.40 in proceeds from disability benefits to which he was not entitled.

Accordingly, it is **ORDERED** that the motion (DKT. 30) of the United States is GRANTED.

It is FURTHER **ORDERED** that, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, the defendant is liable for a forfeiture money judgment in the amount of $81,498.40.


CASE NO. 8:15-CR-240-T-17TBM

Pursuant to Rule 32.2(b)(4) and the defendant's Plea Agreement (Doc. 20, p. 5), this order of forfeiture is final as to the defendant.

The Court retains jurisdiction to complete the forfeiture and disposition of any property belonging to the defendant that the government is entitled to seek under 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), as a substitute asset in satisfaction of the defendant's money judgment.

**DONE** and **ORDERED** in Tampa, Florida, on December 8, 2015.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:

All Parties/Counsel of Record

2